CHARLES MCCARTHY, JR. *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 359, is denied.

*Benson A. Snaider,* in support of the petition.

*Jay S. Kogan,* in opposition.

Decided June 14, 1990

WILLIAM KRAWSKI *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF SOUTH WINDSOR

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 667, is denied.

*Scott R. Chadwick,* in support of the petition.

*Richard M. Rittenband,* in opposition.

Decided June 14, 1990

DIANNE DE MARTINO *v.* PARKVIEW WEST ASSOCIATES

The plaintiff's petition for certification for appeal from the Appellate Court, 21 Conn. App. 826, is denied.

*Ira S. Grudberg* and *Alice S. Miskimin,* in support of the petition.

*James S. Connolly,* in opposition.

Decided June 14, 1990

STATE OF CONNECTICUT *v.* ORLANDO FIGUEROA

The defendant's petition for certification for appeal from the Appellate Court, 22 Conn. App. 73, is denied.

*Ronald T. Murphy,* in support of the petition.

*Ralph G. Elliot,* in opposition.

Decided June 14, 1990